**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kelly D. Reinke, Civil Case No. 01-444 (DWF/AJB)

Plaintiff,

v. **ORDER**

Collection & Recovery Bureau, Inc.,
d/b/a Telecash,
a Delaware corporation,

Defendant.

---

Eric L. Crandall, Esq., Crandall Law Office, 275 S. 3rd Street, Suite 205, Stillwater, Minnesota 55082, for Plaintiff.

---

The Court filed an Order in the above-entitled matter on September 18, 2001. The Court hereby respectfully directs that the Clerk of Court remove page 1 of the Memorandum Opinion and Order filed on September 18, 2001, and substitute the attached page 1 in order to correct the caption.

Dated: September 19, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED SEP 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kelly D. Reinke,

Plaintiff,

v.

Collection & Recovery Bureau, Inc.,
d/b/a Telecash,
a Delaware corporation,

Defendant.

Civil Case No. 01-444 (DWF/AJB)

**MEMORANDUM OPINION AND ORDER**

---

Eric L. Crandall, Esq., Crandall Law Office, 275 S. 3rd Street, Suite 205, Stillwater, Minnesota 55082, for Plaintiff.

---

The above-entitled matter is before the Court on Plaintiff Reinke's Motion for Default Judgment. Based upon the written submissions of counsel, the Court having reviewed the file in this matter, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Plaintiff Reinke's Motion for Default Judgment (Doc. No. 6) is **GRANTED**, such that:

a. Plaintiff is awarded $500.00 in statutory damages, pursuant to 15 U.S.C. § 1692k(2)(A); and

b. Plaintiff is awarded $1,795.00 in attorney's fees and costs, pursuant to 15 U.S.C. § 1692k(3); and

FILED SEP 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 18 2001
DEPUTY CLERK